September 11, 2006

United States District Court, Clerk
District of Rhode Island
119 Federal Building & Courthouse
One Exchange Terrace
Providence, RI 02903-1779

RECEIVED
RECEIVED
SEP 20 2006
Property of U.S. District Court
Property of U.S. District Court
District of Rhode Island
District of Rhode Island

**RE: UNITED STATES OF AMERICA v. HAROLD COLLAZO - 1:99CR00081-001T**

Dear Sir/Madam:

The primary purpose of this correspondence concerns the procurment of information per public records request. Please construe this letter in lieu of formal request to ask that your office provide me with certified copies of the following documents that pertain to my criminal matter, pursuant to Public records Request:

(1) Indictment; (2) Plea Agreement; (3) Entire proceeding of the plea allocution hearing, and sentencing hearing minutes; and (4) Docket Sheet in the above reference case.

In the event that you charge a fee for these documents, please write and advise of said fee, so that I can make arrangements of payment. I would appreciate it if you would forward these documents to the undersigned at the mailing location listed below at your earliest convenient.

Thank you in advance for your time and consideration with this most important matter.

Respectfully Submitted

Harold Collazo

PRO-SE