UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 99-81T |
| | : | |
| HAROLD COLLAZO | : | |

**MEMORANDUM AND ORDER**

Before the Court for determination is Defendant's pro se letter requesting copies of the docket sheet, indictment, plea agreement and two transcripts in this action. (Document No. 16). The Court will treat this request as a Motion. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). The Court has determined that no hearing is necessary. For the reasons discussed below, the Motion is GRANTED in part and DENIED in part.

In June 1999, Defendant was charged with violating 21 U.S.C. § 841(a)(1) and (b)(1)(C) by knowingly and intentionally distributing heroin and cocaine. Defendant subsequently entered a guilty plea and was sentenced by the Court on June 30, 2000.

Defendant is currently before the Court pro se. Defendant's letter simply requests a copy of the docket sheet, his indictment and plea agreement and transcripts for his "plea allocution hearing" and "sentencing hearing." Although the Court has a record of these hearings, transcripts have not previously been requested or produced. Defendant indicated that he is unaware of the charge for the transcripts and asks the Court to "write and advise of said fee."

In order to obtain a copy of the transcripts, Defendant must submit a transcript order form to the Court. Upon receipt of the transcript order form, the court reporter will calculate the cost of the transcripts and send Defendant an invoice for the transcripts. At this time, therefore, the

Defendant's request for a copy of transcripts is DENIED without prejudice to renewal if Defendant files a transcript order form and submits payment for the transcripts.

The Court will, however, GRANT Defendant's request for a copy of the docket sheet, indictment and plea agreement in this case, and directs the Clerk to mail a copy of these documents to Defendant, as well as a copy of the transcript order form.

So Ordered.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
October 13, 2006